UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN GARCIA DEMARA,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. RAMADAN, et al.,<br><br>    Defendants. | No.  1:24-cv-01030-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>Doc. 12 |

  Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On November 12, 2024, the assigned magistrate judge issued findings and recommendations recommending the action be dismissed for plaintiff's failure to state a cognizable claim for relief.  Doc. 12.  The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days of service.  *Id.* at 5.  Plaintiff has not filed any objections, and the time to do so has passed.

  In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on November 12, 2024, Doc. 12, are ADOPTED IN FULL.
2. The action is DISMISSED for plaintiff's failure to state a claim upon which relief can be granted.
3. The Clerk of Court is direct to CLOSE this case.

IT IS SO ORDERED.

Dated:   December 19, 2024

_____
UNITED STATES DISTRICT JUDGE